# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |
|---|---|
| BEVERLY HUDSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATALYST BRANDS LLC and PENNEY OPCO LLC d/b/a JCPENNEY,<br><br>Defendants. | Case No. 4:26-cv-00655-JCB |

## UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:  <u>Catalyst Brands LLC and Penney OpCo LLC</u>

Date Party's answer was originally due:                                        <u>July 9, 2026</u>

Date Party's answer is now due (must not exceed 45 days after original due date): <u>August 23, 2026</u>

Dated: July 8, 2026

Respectfully submitted,

**HUNTON ANDREWS KURTH LLP**

*/s/ Leah B. Nommensen*
Leah B. Nommensen
Texas State Bar No. 24101573
600 Travis Street, Suite 4200
Houston, Texas 77002
Tel: (713) 220-4200
Fax: (713) 220-4285
Email: leahnommensen@Hunton.com

*Attorney for Defendants*
*Catalyst Brands LLC and Penney OpCo LLC*

DMS 356813178

## CERTIFICATE OF SERVICE

I certify that on July 8, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system.

*/s/ Leah B. Nommensen*
Leah B. Nommensen

2